EL PUEBLO DE PUERTO RICO, DEMANDANTE Y APELADO, *v.* MÁRQUEZ ET AL., ACUSADOS Y APELANTES.

## Corte de Distrito de Arecibo.

No. 2320.—*Visto:* Diciembre 9, 1924.  *Resuelto:* Diciembre 18, 1924.

En este caso la prueba del Gobierno tendió a acreditar que el perjudicado era dueño de una finca y que los acusados en varios y diferentes días penetraron en dicha finca y violentamente destruyeron árboles por un valor de $300 a $400. Esta prueba estableció un caso *prima facie* de acuerdo con el artículo 517 del Código Penal.

La prueba de los demandados trataba de levantar un conflicto de título sobre la finca, pero no fué creída por la corte inferior y los apelantes no demostraron que la apreciación era errónea.

*Confirmada la sentencia apelada.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.